IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HAROLD MARSHALL                                                          PLAINTIFF

VERSUS                                    CIVIL ACTION NO.   1:22cv185HSO-RHWR
                                                           _____

LANDSTAR RANGER, INC., AND
JOSEPH ANTHONY ARNONE                                                   DEFENDANTS

### NOTICE OF REMOVAL

TO:    Kendra Necaise, Clerk
       Circuit Court, Harrison County
       1523 Main Street, Suite B
       Bay St. Louis, MS   39520

       Kenneth M. Altman (MSB #9936)
       Morris Bart
       1712 15th Street Ste 200
       Gulfport MS 39501
       ***ATTORNEY FOR PLAINTIFF***

       In accordance with 28 U.S.C. § 1332, 1441, and 1446, you are hereby notified that the

named Defendants, Landstar Ranger, Inc., and Joseph Anthony Arnone, have removed this civil

action from the Circuit Court of Hancock County, Mississippi, to the United States District Court

for the Southern District of Mississippi, Southern Division, and in support hereof would show unto

the Court the following:

       1.      This action was filed in the Circuit Court of Hancock County, Mississippi, as Cause

No. 23CI1:22-cv-00079.   Plaintiff's Complaint names Landstar Ranger, Inc., and Joseph Anthony

Arnone. (See Ex. A, Complaint).

       2.      There is complete diversity of citizenship between the Plaintiff and named

Defendants, Landstar Ranger, Inc., and Joseph Anthony Arnone.   Plaintiff is an adult resident of

the State of Louisiana, and thus a citizen of and domiciled in Louisiana. (See Ex. A, Complaint,

para. 1). Defendant, Joseph Anthony Arnone is an adult resident of Theodore, Alabama, and thus a citizen of and domiciled in Alabama. (See Ex. B, Executed Summon Return).   Defendant, Landstar Ranger, Inc., is a foreign corporation organized under the laws of the State of Delaware, with its principal place of business in Jacksonville, Florida and thus a citizen of and domiciled in Florida.   (See Ex. A, Complaint, para. 3).   Accordingly, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

3.      The United States District Court for the Southern District of Mississippi, Southern Division, has original subject matter jurisdiction over this civil action because there is complete diversity among the parties, as noted, pursuant to 28 U.S.C. § 1332.   No party properly joined as a Defendant is domiciled in the State of Mississippi nor has its principal place of business in the State of Mississippi.   The amount in controversy in this civil action, exclusive of interest and costs, exceeds the sum of $75,000.00.   (See Ex. C, Plaintiff's Answers to Requests for Admissions dated June 21, 2022).   Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

4.      The amount in controversy in this civil action, exclusive of interest and costs, is in excess of the minimum jurisdictional amount of this Court.   Per his Response to Request for Admission Number 1, Plaintiff seeks compensatory damages in excess of $75,000.00, as noted above. *Id*. Therefore, this Court's minimal jurisdictional threshold is satisfied.   28 U.S.C. § 1332.

5.      The alleged compensatory damages for Plaintiff was initially unknown from the Complaint. (See Ex. A, Complaint). This Notice of Removal is timely filed because it has been filed within 30 days of receipt of Plaintiff's Answers to Requests for Admissions. (See Ex. C, Plaintiff's Answers to Requests for Admissions dated June 21, 2022).   Further, it is filed within

one year of the filing of the original Complaint.   28 U.S.C. § 1446(b).

6.     This action is not one rendered non-removable by 28 U.S.C. § 1445.

7.     Copies of all process, pleadings, and orders served on the Defendant in the State Court action are attached as Exhibit "D" to this Notice.   Attached as Exhibit "E" is the Civil Cover Sheet.

8.     A copy of the Notice of Removal is being served on the Plaintiff, by and through his attorney of record, and the Clerk of the Circuit Court of Harrison County, Mississippi, First Judicial District.

WHEREFORE, Landstar Ranger, Inc., and Joseph Anthony Arnone, serve this Notice and hereby removes this case pursuant to 28 U.S.C. § 1332, 1441, and 1446, and Plaintiff herein is notified to attempt to proceed no further in this case in the Circuit Court of Hancock County, Mississippi unless by Order of the United States District Court for the Southern District of Mississippi, Southern Division.

RESPECTFULLY SUBMITTED, this the 18th day of JULY, 2022.

**LANDSTAR RANGER, INC. and**
**JOSEPH ANTHONY ARNONE**,
**Defendants**

BY:   **CARR ALLISON**, its Attorneys

BY:     *s/Nicole Harlan, MB #105412*
         DOUGLAS BAGWELL, MB #1682
         NICOLE M. HARLAN, MB#105412

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on ***July 18, 2022***, I electronically filed the foregoing with the Clerk of the Court using the MEC system which sent notification of such filing to the following:

Kenneth M. Altman (MSB #9936)
Morris Bart
1712 15th Street Ste 200
Gulfport MS 39501
Phone: 228-276-0308
Fax: 228-865-7885
Email: kaltman@morrisbart.com

*s/Nicole Harlan, MB #105412*
DOUGLAS BAGWELL, MB #1682
NICOLE M. HARLAN, MB#105412

**CARR ALLISON**
Douglas Bagwell/MB#1682
Nicole M. Harlan/MB#105412
1319 26th Avenue
Gulfport, MS 39501
Phone: (228) 864-1060
Fax: (228) 864-9160
E-mail:   dbagwell@carrallison.com
E-mail:   nharlan@carrallison.com

4