IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**HAROLD MARSHALL**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　　　　　　　　　　　CAUSE NO.: 22-0079

**LANDSTAR RANGER, INC. AND**
**JOSEPH ANTHONY ARNONE**　　　　　　　　　　　　　　　**DEFENDANTS**

### COMPLAINT

NOW INTO COURT, comes Plaintiff, Harold Marshall, through undersigned counsel, files this Complaint against the Defendants, Landstar Ranger, Inc. ("Landstar") and Joseph Anthony Arnone ("Arnone") as follows:

### JURISDICTION AND VENUE

1.

Plaintiff, Harold Marshall, is an adult resident citizen of Louisiana.

2.

Defendant, Arnone, on information and belief is a resident of Alabama who may be served pursuant to the Mississippi Rules of Civil Procedure.

3.

Defendant, Landstar, on information and belief, is a Florida corporation, licensed to do and doing business in the state of Mississippi, who may be served pursuant to the Mississippi Rules of Civil Procedure.

4.

This cause of action occurred or accrued in Hancock County, Mississippi; and pursuant to the provisions Miss. Code Ann. § 11-11-3, as amended, venue is proper in this Court.

1





MAY 20 2022

KENDRA NECAISE
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

EXHIBIT "A"

## FACTS

5.

On March 10, 2022, at about 2:05 p.m., Harold Marshall was driving a 2018 Freightliner tractor with trailer, westbound on I-10, near the 2-mile mark approaching the state of Louisiana in rural Hancock County, Mississippi.

6.

At the same time and place, Defendant, Arnone, was driving a 2007 Kenworth tractor with trailer, under the operating authority of Landstar, which was also driving westbound on I-10 near the 2-mile mark approaching the state of Louisiana in rural Hancock County, Mississippi.

7.

Suddenly and without warning, Defendant, Arnone's tractor trailer rear-ended the Plaintiff's tractor trailer resulting in a violent collision.

8.

The collision caused severe and painful injuries to the Plaintiff.

9.

On information and belief, at all relevant times herein, Defendant, Arnone, was acting in the course and scope of his employment, agency or as part of a joint venture or otherwise for the mutual benefit of himself, and Landstar. Under the theories of respondeat superior, joint venture and/or agency all are responsible for the collision and damages resulting thereto.

## NEGLIGENCE, GROSS NEGLIGENCE AND CAUSATION

10.

The allegations of the preceding paragraphs are incorporated by reference.

EXHIBIT "A"

11.

The collision sued on herein was the fault of, and proximately caused by the negligence of Defendant, Arnone and Landstar

a. By failing to maintain a safe following distance in violation of Miss. Code Ann. Sec. § 63-3-619 *et. seq.*;

b. On information and belief, in operating a vehicle while physically exhausted in violation of state law, federal regulations and company standards;

c. By failing to maintain reasonable and proper control of said vehicle upon a public road;

d. In operating the vehicle under their control in an improper, unsafe, negligent and grossly negligent manner;

e. By failing to see what should have been seen;

f. On information and belief, in violating the Federal Trucking Regulations inter alia: as they non-exclusively relate to hours of operation, out of service, logging, condition of vehicle, condition of driver, qualifications, training and/or supervision;

g. Negligently and/or grossly negligently hiring, training and/or retaining;

h. In violating the Revised Statutes of the State of Mississippi, all of which are pled as if copied herein in extenso; and

i. All other acts of negligence and/or gross negligence which were the cause of a collision sued upon and will be shown at the trial of this matter.

12.

That as a direct and proximate result of the individual, concurrent and/or cumulative acts of negligence and/or gross negligence pled herein, Harold Marshall has suffered serious injuries to his spine including his head, neck and back with radiating pain as well as new injuries and aggravations of pre-existing conditions, if any.

13.

Because of the acts of negligence, negligence per-se and gross negligence pled, Harold Marshall has suffered these damages: bills for medical treatment, past and future; physical pain

3

EXHIBIT "A"

and suffering, past and future; mental and emotional distress, including loss of enjoyment of life, past and future; loss of wages and wage-earning opportunity, past and future; likely permanent scarring/disfigurement and disability.

14.

Further, Plaintiff would show that the Defendants' actions individually and collectively evidence a willful wanton or reckless disregard for the safety of the public establishing gross negligence. Besides compensatory damages, Plaintiff pleads and seeks damages to punish the Defendants and to serve as an example to others in an amount to be determined by the jury.

**WHEREFORE,** your Plaintiff, Harold Marshall prays that Defendants be served with a copy of this Complaint, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgments rendered herein in favor of Plaintiff and against Defendants, as alleged, together with legal interest at the rate of 8% from the time of judgment until paid, and for all costs of these proceedings, attorney's fees and expenses; punitive damages; and for all other legal and equitable relief this Honorable Court shall deem appropriate.

**RESPECTFULLY SUBMITTED**, this the 19th day of May, 2022.

ATTORNEY FOR THE PLAINTIFF

MORRIS BART, LTD.
1712 15TH STREET, SUITE 300
GULFPORT, MS 39501
TELEPHONE: (228) 276-0308

BY: _____
KENNETH M. ALTMAN, MSB #9936

4

EXHIBIT "A"

# MORRIS BART, LTD

ATTORNEYS AT LAW
1712 15th Street, Suite 300
Gulfport, Mississippi 39501-2140

Telephone 228.432.9000
Fax 228.865.7885

*Morris Bart, LA
Kenneth Altman, MS, LA, FL, AL
Terry B. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Christopher Fitzgerald, MS
Andrew Reish, MS
Ida Henley, MS
Kanesha Johnson, MS
Brigg Austin, AL, MS
Mary Ashley Miller, MS
Dale Long, MS

OF COUNSEL
Beth Cocke, MS, TN
Mark Lumpkin, LA, MS
Carter Dobbs, III, MS
*Thelia Jean Eaby, LA

*not licensed to practice
in Mississippi

ADMINISTRATOR
Mark Duhon

May 19, 2022

Hancock County Circuit Court Clerk
152 Main Street, Suite B
Bay St. Louis, MS  39520

RE:   Harold Marshall v. Arnone, et al.

Dear Sir/Madam:

Enclosed please find a Civil Cover Sheet, an original and one copy of the Summons, Return, and Complaint, in the above-referenced matter. I respectfully request that you file these documents with the court. In addition, I am enclosing our firm's check in the amount of $161.00, made payable to the Clerk of Court to cover the cost of filing. I appreciate your patience and cooperation.

With kind regards, I remain

Very truly yours,

Kenneth M. Altman

KMA/tlc

Enclosures:   Orig. & 1 copy of the Complaint
              Orig. & 1 copy of Summons & Return for each defendant
              Civil Cover Sheet
              Firm Check No:  145398

Cc:   Harold Marshall

EXHIBIT "A"

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

HAROLD MARSHALL VS LANDSTAR RANGER INC AND JOSEPH ARNONE

Case # 22-0079          Acct #          Paid By CHECK 145398          Rct# 35156
---

| | |
|---|---:|
| CLERK'S FEES | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTERS FEE | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE CT ED FUND | 2.00 |
| COURT CONSTITUENTS | .50 |
| ELECTRONIC COURT | 10.00 |
| LEGAL ASSISTANCE | 5.00 |
| JUDICIAL FUND-JUDGE RAISE | 40.00 |
| ARCHIVE FEE | 1.00 |
| Total $ | 161.00 |

---

Payment received from MORRIS BART, LTD
           1712 15TH ST

           GULFPORT          MS 39501

Transaction   52414 Received  5/20/2022 at 13:45 Drawer   1 I.D. GPOYADOU

Current Balance Due        $0.00              Receipt Amount $    161.00

By _____ D.C.  KENDRA NECAISE, Circuit Clerk


Case # 22-0079          Acct #          Paid By CHECK 145398          Rct# 35156

EXHIBIT "A"